Prob 19
(1/2012)

# United States District Court
## for the
## Northern District of New York- Syracuse

U.S.A. vs Rasue Barnett

Docket No. **5:03CR243-005**
Reg. No. **12099-052**

**TO: [1]Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT) Rasue Barnett | SEX Male | RACE Black | AGE 35 |
| ADDRESS(STREET, CITY, STATE) 132 W. Borden Ave Syracuse, New York 13205 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) U.S. District Court Northern District of New York- Syracuse | | | |
| CLERK Lawrence K. Baerman | (BY) DEPUTY CLERK [signature] | DATE April 7, 2015 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED 4/7/15 | DATE EXECUTED 4/8/15 |
| EXECUTING AGENCY (NAME AND ADDRESS) US MARSHALS 100 S. CLINTON ST SYRACUSE NY 13261 | | |
| NAME DUSM PETER JACKSON | (BY) DUSM [signature] | DATE 4/8/15 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the U.S. District Cour Northern District of New York- Syracuse;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."